IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:12CV147-RLV
CRIMINAL DOCKET NO. 5:07CR50-RLV

| | | |
|---|---|---|
| ERIC WILFORD MORRISON,<br>         Petitioner, | )<br>)<br>)<br>) | |
| vs. | ) | **O R D E R** |
| UNITED STATES OF AMERICA,<br>         Respondent. | )<br>)<br>)<br>)<br>) | |

**THIS MATTER** is before the Court upon Government's Motion To Continue Evidentiary Hearing And To Permit Witness To Appear By Videoconference, filed on July 29, 2015. (Doc. #18)

For the reasons stated in Government's Motion the Court finds that good cause has been shown to continue the hearing scheduled for August 10, 2015, to the Court's September 2015, trial term, in the Statesville Division in Statesville, N. C.

**IT IS, THEREFORE, ORDERED** that:

1. The Evidentiary Hearing is rescheduled for September 8, 2015, at 2 PM, at the Statesville Courthouse in Statesville, N. C.

2. The Clerk's Office notify the IT Department that there will be a videoconference with the Government's witness, Mr. John Feiner, who resides in California, using the U. S. Attorney's Office in Los Angeles.

3. A.U.S.A. Amy Ray, provide the IT Department the necessary information for setting up the videoconference, slated for September 8, 2015, at 2PM, in the Los Angeles, California, U. S. Attorney's Office.

4. The Clerk's Office provide the U. S. Attorney's Office, Defense Counsel, U. S. Marshal's Office and Probation Office, a copy of this order.

Signed: August 4, 2015

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge